IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CURTIS STUART, | * | |
| Plaintiff, | * | |
| v. | * | CV 417-231 |
| UNITED STATES OF AMERICA; LYNSEY M. BARRON; KAMAL GHALI; BYUNG J. PAK; and JAMES HATTEN, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Defendants' motion to extend the deadline to respond to Plaintiff's Complaint. (Doc. 11.) Defendants explain that Plaintiff has failed to serve the individual defendants in this case and request an additional fourteen days to respond to Plaintiff's Complaint. Upon due consideration, Defendants' motion (doc. 11) is **GRANTED**. Defendants shall file their response **on or before February 12, 2018**.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA