# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CURTIS STUART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-231 |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants' motion to stay discovery (doc. 15) pending resolution of their motion to dismiss (doc. 14), which is unopposed, is **GRANTED**. See S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this  13th  day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA